IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>KYLE J. LOGAN,<br><br>              Defendant. | 8:24CR72<br><br>ORDER TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE<br>WHY EXHIBITS<br>SHOULD NOT BE DESTROYED |

      Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

      Exhibit 101 from Motion Hearing held May 28, 2024

      If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

      IT IS SO ORDERED.

      Dated this 21st day of May, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge